No. 87–1327.   COTTON PETROLEUM CORP. ET AL. *v.* NEW MEXICO ET AL.   Appeal from Ct. App. N. M.   Probable jurisdiction noted.   The parties are also invited to brief and argue the following question: "Does the Commerce Clause require that an Indian Tribe be treated as a State for purposes of determining whether a state tax on nontribal activities conducted on an Indian Reservation must be apportioned to account for taxes imposed on those same activities by the Indian Tribe?"

No. 87–5840.   MCNAMARA *v.* COUNTY OF SAN DIEGO DEPARTMENT OF SOCIAL SERVICES.   Appeal from Ct. App. Cal., 4th App. Dist.   Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 87–1207.   WILL *v.* MICHIGAN DEPARTMENT OF STATE POLICE ET AL.   Sup. Ct. Mich.   Certiorari granted.

No. 87–1372.   ARGENTINE REPUBLIC *v.* AMERADA HESS SHIPPING CORP. ET AL.   C. A. 2d Cir.   Certiorari granted.

No. 87–1379.   UNITED STATES DEPARTMENT OF JUSTICE ET AL. *v.* REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL.   C. A. D. C. Cir.   Certiorari granted.

No. 87–963.   HERNANDEZ *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 1st Cir.   Certiorari granted.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–1104.   ZANT, WARDEN *v.* MOORE.   C. A. 11th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted.